Keith A. Fink, Bar No. 146841
kfink@finklawfirm.com
Sarah E. Hernandez, Bar No. 206305
shernandez@finklawfirm.com
Imbar Sagi-Lebowitz, Bar No. 232728
islebowitz@finklawfirm.com
KEITH A. FINK & ASSOCIATES
1990 Bundy Drive, Suite 620
Los Angeles, California 90025
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Defendant AMERICAN
FRIENDS OF SHALVA ISRAEL, INC.

Lawrence W. Freiman, Esq. (SBN 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

Counsel for Plaintiff CARRI GARELICK

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CARRI GARELICK<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FRIENDS OF SHALVA ISRAEL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendant. | Federal Case No. 2:18-cv-06220-R<br>[Assigned for All Purposes to Hon. Manuel L. Real]<br><br>**ORDER**<br><br><br>[State Court Case No. BC709276]<br>Complaint filed June 14, 2018 |

## ORDER

Based on the foregoing stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with each party to bear its own attorney's fees and costs. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

DATE: Dec. 26, 2018

_____

THE HONORABLE DISTRICT COURT JUDGE

HON. MANUEL L. REAL